# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID R. WROTEN, | No. CV 08-04352-AG (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| T. FELKER, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: Sept. 30, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE